

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

           Re:    *United States v. Navarro, et al.*, 20 Cr. 160
                   *United States v. Izhaki & Lebowitz*, 20 Cr. 161

Dear Judge Vyskocil:

      As stated in our prior letter, please find attached as Exhibits A and B the proposed protective orders in *United States v. Izhaki* and *United States v. Navarro*.

                                      Very truly yours,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                          by: __/s/_____
                              Sarah Mortazavi
                              Andrew Adams
                              Benet Kearney
                              Assistant United States Attorneys
                              (212) 637-2520 / 2340 / 2260