UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ------------------------------------------------------x<br>United States of America<br><br>v.<br><br>Jorge Navarro, et al.,<br><br>Defendants.<br>------------------------------------------------------x | Case No. 20-CR-160 |

## WAIVER OF APPEARANCE

KRISTIAN RHEIN, a defendant in the above-captioned matter, hereby declares the following:

1. I am a defendant in the above-captioned matter.

2. I am aware that this matter is scheduled for a telephone conference status hearing on Tuesday, June 30, 2020.

3. I have discussed this matter thoroughly with my attorney, Stephen P. Scaring. He has advised me of my rights, including my right to be present at this hearing, and my right to a speedy trial.

4. I fully understand my rights in this regard and, with the advice of counsel, hereby waive my right to appear at the scheduled status conference and my right to a speedy trial.

Dated: Garden City, New York
       June 29, 2020

Witness:

_____          _____
Stephen P. Scaring, Partner              Kristian Rhein
Scaring & Carman PLLC
Attorneys for Defendant Kristian Rhein