## SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

July 27, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    United States v. Navarro, et al.
              20-CR-00160

Dear Judge Vyskocil:

    We have been advised by Pre-Trial Services Officer Marnie Gerardino that she does not object to the travel modification contained in our application.

                                                    Respectfully submitted,

                                                      STEPHEN P. SCARING

cc: AUSA Andrew Adams (by email and ECF)
    Pre-Trial Services Officer Marnie Gerardino (by email)
SPS/cn