# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/29/2020

July 28, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Defendant Kristian Rhein's bail conditions are modified to allow travel to New Canaan, Connecticut on the days and times described in ECF 247. SO ORDERED.

Date:  7/29/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

Re: United States v. Navarro, et al.
    20-CR-00160

Dear Judge Vyskocil:

Please accept this letter as a renewal of the travel request we submitted on behalf of Dr. Kristian Rhein. To begin, I apologize for not including the Government's position on the application at the time that it was filed.

I have spoken with AUSA Andrew Adams, and he has advised me that he consents to the application for bail modification as set forth in my letter dated July 27, 2020. He authorized me to advise the Court of his position. In addition, while untimely, we did provide the Court with Pre-Trial's position regarding this application, and they do not object.

I would appreciate it if the Court would reconsider its position denying the application. Lacrosse is an important aspect of Dr. and Mrs. Rhein's family activities. These tournaments offer high school students an opportunity to showcase their skills to college recruiters.

The children look forward to their family's support, especially during these difficult times.

Thank you in advance for your reconsideration of this important application.

Respectfully submitted,

*Stephen P. Scaring*

STEPHEN P. SCARING

cc: AUSA Andrew Adams (ECF)
SPS/cn