## SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021

June 8, 2021

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
 for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**DENIED. SO ORDERED.**

Date: 6/9/2021
New York, New York

Mary Kay Vyskocil
United States District Judge

Re:   United States v. Navarro, et al.
      20-CR-00160

Dear Judge Vyskocil:

We represent Dr. Kristian Rhein, one of the defendants in this case. The defendant's bail conditions restrict his travel to the Eastern, Southern and Western District of New York. We are requesting the opportunity for the defendant to travel to Connecticut. His daughter is scheduled to participate in the Ivy Girl's Lacrosse Tournament at Yale University which is located in New Haven, Connecticut. The tournament is scheduled for Sunday, June 27, 2021. They will be driving to Connecticut early that morning and returning that evening. The defendant's daughters are very active in their lacrosse program, and the defendant would like to show his support.

Both the Government and Pre-Trial Services have been notified, and they have no objection. I would appreciate Your Honor's consideration in allowing this temporary modification of his travel restrictions to allow his attendance at the tournament for that day.

Respectfully submitted,

STEPHEN P. SCARING

cc: AUSA Andrew Adams (by email and ECF)
    Pre-Trial Services Officer Marnie Gerardino (by email)
SPS/cn