```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    7/28/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          1:20-cr-00160-13 (MKV)

      -against-          **ORDER**

KRISTIAN RHEIN,

      Defendants.

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Kristian Rhein is scheduled for 8/3/2021 at 11am before Judge Mary Kay Vyskocil.

    The hearing will be held remotely. A link for access has been sent to all parties. Press and public may dial 917 933-2166 using conference ID 199228078.

**SO ORDERED.**

**Date: July28, 2021**

MARY KAY VYSKOCIL
United States District Judge