USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/21

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

KRISTIAN RHEIN

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR- 160 (__)(__)

Defendant __KRISTIAN RHEIN__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

KRISTIAN RHEIN
Print Defendant's Name

_____
Defense Counsel's Signature

STEPHEN P. SCARING
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/3/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge
Mary Kay Vyskocil