Message



**From:** ▮
**Sent:** Tuesday, September 03, 2019 5:11 PM
**To:** ▮ ndustriallabs.net) ▮ industriallabs.net>
**Subject:** FW:

▮

Attached the original report on these analyses from ▮

And my best recollection was that we got the LC results first, by e-mail and then we independently and later asked for the growth hormone tests.

So separate certificates addressed to Mr Mike Kegley of MediVet Equine would be very helpful.

Yours sincerely,

▮

**From:** ▮ @industriallabs.net>
**Sent:** Thursday, August 08, 2019 12:59 PM
**To:** ▮
**Subject:** RE:

▮ – please see attached – sorry for the delay in sending you the amended report. Hope you enjoyed your birthday!

▮

CONFIDENTIAL