# EXHIBIT C

. 123 lbs.
. . . .2 lbs.

oid).

JRLONGS

MAIDEN

ars Old and

. 124 lbs.
ferred).

ER TURF)

MAIDEN

. 119 lbs.
ferred).

JRLONGS

AIMING

. 124 lbs.

oid).

JRLONGS

**ATTENTION TRAINERS AND VETS**
 Recently, there have been some questions posed regarding the Commission's rules pertaining to the use or possession of growth hormone or growth factors by trainers or veterinarians at New York racetracks and while training horses to race in New York. This memorandum is intended to provide clear notice of the Commission's Thoroughbred regulations pertaining to possession or use of growth hormone or growth factors.
 All forms of growth hormone and growth factors (e.g., Medivet SGF1000 RMR, TB1000) are PROHIBITED by Commission Rule 9 NYCRR 4043.12(a), which prohibits at any time the possession on the racetrack or use anywhere of these substances. See S2(5, 7) of ARCI "Prohibited List" annexed to Model Rule ARCI-001-015 version 7.0. This current rule has been in effect since August 2018. These substances were prohibited by a previous version of this rule in July 2012.
 A horse in violation of this prohibition will be BARRED from racing until it is certain that the horse is no longer affected by the growth hormone or growth factor, and no less than 30 days to 180 days depending on the trainer history of equine drug violations. 9 NYCRR 4043.12(e)(1). The license of the trainer, and other responsible persons, in the absence of extraordinary mitigating circumstances, will be REVOKED. Id. at (2).
 Certain substances (e.g., Interleukin Receptor Antogonist Protein (IRAP), Protein Rich Plasma (PRP), and Autologous Conditioned Serum (ACS)) that are listed on the ARCI Prohibited substance list MAY be used, provided that conditions for restricted therapeutic use are met. 9 NYCRR 4043.12(b).

**BELMONT PADDOCK SCHOOLING - WED thru SUN 10:30-11:30**
Be advised that there may be construction in the area for the new arena, so please act and plan accordingly

HORSEMAN'S ADVISORY

USAO_20CR160_00086228