UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|         Judgment Creditor, | |
| v. | 20 CR 160-13 (MKV) |
| KRISTIAN RHEIN, | |
|         Judgment Debtor, | **NOTICE OF MOTION**<br>**FOR TURNOVER ORDER** |
| and | |
| MORGAN STANLEY SMITH BARNEY, LLC, | |
|         Third-Party Respondent. | |

PLEASE TAKE NOTICE that the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, with notice to the judgment debtor, Kristian Rhein, moves before the Honorable Mary Kay Vyskocil United States District Judge, United States Courthouse, 500 Pearl Street, NY, pursuant to 18 U.S.C. § 3613, Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), upon the accompanying declaration and memorandum of law, to enter a turnover order directing the respondent, Morgan Stanley Smith Barney, LLC, to liquidate securities in Rhein's retirement accounts as needed to submit $743,510 to the Clerk of Court in satisfaction of the fine and restitution in this case.

Date:     February 14, 2023
            New York, New York     Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                         By:    */s/ Melissa A. Childs*
                                        MELISSA A. CHILDS
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2711
                                        E-mail: melissa.childs@usdoj.gov

TO: Morgan Stanley Smith Barney, LLC
Attn: Levies &Garnishments Unit
100 South Charles St., 4th Fl.
Baltimore, MD 21201
*Third-Party Respondent*

Kristian Rhein
Register Number: 87904-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 8640
*Defendant*