UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/17/2023 |
| -against- | 20-cr-160 (MKV) |
| KRISTIAN RHEIN, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On February 14, 2023, the government filed a motion seeking a turnover order [ECF Nos. 1049, 1050, 1051]. IT IS HEREBY ORDERED that any opposition is due March 10, 2023.

**SO ORDERED.**

Date: **February 17, 2023**
**New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**