**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: <u>United States</u> v. <u>Navarro, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskovil,

       I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

    by:    /s/ Anden Chow
       Anden Chow
       Assistant United States Attorney
       (212) 637-2348