JAMES O. DRUKER*
SCOTT M. DRUKER

COUNSEL
HONORABLE JOHN L. KASE (Ret.)
PAULA SCHWARTZ FROME
ALAN G. KRAUT

* (MEMBER N.Y., MASS. & FLA BAR)
jim@kaseanddrukerlaw.com
scott@kaseanddrukerlaw.com

**Kase & Druker**
*Counsellors at Law*
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530

(516) 746-4300
FAX NO. (516) 742-9415

WESTCHESTER OFFICE
136 PALMER AVENUE
MAMARONECK, N.Y. 10543
(914) 834-4800

SARASOTA OFFICE
JAMES O. DRUKER
406 GULF OF MEXICO DRIVE
LONGBOAT KEY, FLORIDA 34228
(941) 383-3500

May 1, 2024

***Filed via ECF***

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>U.S. v. Kristian Rhein 20 Cr. 160(MKV)</u>

Dear Judge Vyskocil,

    I write on behalf of my client, Kristian Rhein, whose probation is scheduled to terminate in December of this year. Mr. Rhein has a pending job offer overseas and is respectfully requesting the return of his passport from Pretrial Services. To date, he has completed his period of incarceration, paid all restitution, fines, and special assessments, and has complied with all of the terms and conditions of his supervised release.

    I am also requesting permission for Mr. Rhein to travel to Saudi Arabia for approximately five days later this month or June, 2024. Mr. Rhein is awaiting the specific dates from his prospective employer and, as soon as they are known, will immediately notify the Court and Probation.

    I am offering to take possession of Mr. Rhein's passport and to secure it until such time as everything is finalized, and we have obtained permission from Your Honor and Probation.

    Probation does not object to this request.

    Thank you in advance for your consideration.

Respectfully submitted,

James O. Druker, Esq.